Philadelphia Indem. Ins. Co. v Allsopp (2021 NY Slip Op 50108(U))

[*1]

Philadelphia Indem. Ins. Co. v Allsopp

2021 NY Slip Op 50108(U) [70 Misc 3d 139(A)]

Decided on February 11, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on February 11, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Higgitt, Brigantti, JJ.

21-020

Philadelphia Indemnity Insurance Company
a/s/o Sensible Auto, Inc., Plaintiff-Respondent, 
against
Crystal Allsopp, Defendant-Appellant.

Defendant appeals from an order of the Civil Court of the City of New York, New York
County (Jose A. Padilla, Jr., J.), entered November 20, 2020, which denied her motion to vacate
a default judgment.

Per Curiam.
Order (Jose A. Padilla, Jr., J.), entered November 20, 2020, affirmed, without costs.
Defendant's motion to vacate the default judgment, which was ostensibly unopposed by
plaintiff, was properly denied on the ground that defendant failed to submit proof of service of
the motion papers (see MTGLQ Invs., L.P. v White, 179 AD3d 790, 791 [2020];
Wells Fargo Bank, N.A. v Whitelock, 154 AD3d 906 [2017]; Lenders Capital LLC v
Ranu Realty Corp., 99 AD3d 566 [2012]). In light of our determination, we need not reach
defendant's remaining contentions.
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: February 11, 2021